```
                                                          USDC SDNY
                                                          DOCUMENT
                                                          ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                              DOC #: _____
SOUTHERN DISTRICT OF NEW YORK                             DATE FILED: 1/30/2025
-------------------------------------------------------------X
MOHAMMAD QASEM ABUNAMEH,                        :
                                                :
                              Plaintiff,        :
                                                :              1:24-cv-9882-GHW
              -against-                         :
                                                :                   ORDER
KUWAIT PROJECTS COMPANY, et al.,                :
                                                :
                              Defendants.       :
-------------------------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

    The complaint in this case alleges that each defendant is located outside of the United States, and lists New Jersey as the place of occurrence. Dkt. No. 1. Accordingly, on January 13, 2025, the Court ordered Plaintiff to show cause why this case should not be transferred to the District of New Jersey or, in the alternative, requested that Plaintiff submit a letter stating that he consents to the transfer of this action to the District of New Jersey. Dkt. No. 5. On January 27, 2025, Plaintiff submitted a letter consenting to the transfer of this action to the District of New Jersey. Dkt. No. 7. Accordingly, the Court transfers this case to the United States District Court for the District of New Jersey.

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

    The Clerk of Court is directed to transfer this case to the United States District Court for the District of New Jersey without delay.

    SO ORDERED.

Dated: January 30, 2025
       New York, New York

                                                                                GREGORY H. WOODS
                                                                United States District Judge